SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

January 13, 2015

Neil C. McCabe
The McCabe Law Firm
PO Box 301101
Houston, TX 77230-1101
* DELIVERED VIA E-MAIL *

Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams, &
Martin
1200 Smith St, Ste 1400
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Lloyd Krell
Tritico Rainey, PLLC
1212 Duram Drive
Houston, TX 77007
* DELIVERED VIA E-MAIL *

William S. Helfand
Chamberlain, Hrdlicka, White, Williams &
Martin
1200 Smith St Ste 1400
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Ron S. Rainey
Tritico Rainey PLLC
1212 Durham Dr.
Houston, TX 77007
* DELIVERED VIA E-MAIL *

   **Attention: Lisa Tucker, Deputy Clerk**

   **RE:    Court of Appeals Number:** 01-14-00866-CV    **Trial Court Case Number:** 11-DCV-194261

   **Style:**    Connie Rogge, Individually and as heir of Richard Hollas Rogge, Richard Rogge, Individually and as Heir of Richard Hollas Rogge and Richard Rogge as Administrator of the Estate of Richard Hollas Rogge  v.The City of Richmond, Texas, Todd Ganey and Danell Gaydos

        Pursuant to this Court's December 23, 2014 order, Exhibits: 2, 9, 10, 11, 12, 13, and 14 were ordered filed for our review.

Pursuant to 1997 Supreme Court Order B.4, Exhibits: 2, 9, 10, 11, 12, 13, and 14 are being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

cc:    Elizabeth  Wittu (DELIVERED VIA E-MAIL)
       Judge 268th District Court (DELIVERED VIA E-MAIL)